*E-Filed 12/14/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VINCENT PRICE MCCOWAN,

   Plaintiff,

  v.

SALINAS VALLEY WARDEN, et al.,

   Defendants.

_____/

No. C 15-3419 RS (PR)

**ORDER REOPENING ACTION**

   This civil rights action was dismissed because plaintiff failed to file a complaint and an application to proceed *in forma pauperis* by the deadline.  He since has filed both.  Accordingly, the action is REOPENED and the Clerk is directed to modify the docket to reflect this.  The judgment (Docket No. 5) and the order of dismissal (Docket No. 4) are VACATED.  The Court will review the complaint in a separate order.

   **IT IS SO ORDERED**.

DATED:  December 14, 2015

_____
RICHARD SEEBORG
United States District Judge